

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **JDN Real Estate - Hamilton, L.P.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111363 | $31,699.03 | 2/9/2023 | 01309-984704 | 2/1/2023 | $5,728.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111363 | $31,699.03 | 2/9/2023 | 01309-984703 | 2/1/2023 | $25,970.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112077 | $385.00 | 2/14/2023 | 01309-985109 | 2/14/2023 | $385.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112347 | $31,699.03 | 3/8/2023 | 01309-988049 | 3/1/2023 | $5,728.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112347 | $31,699.03 | 3/8/2023 | 01309-988048 | 3/1/2023 | $25,970.47 |
| **3 Preference Period transfer(s), $63,783.06** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113330 | $63,398.06 | 4/28/2023 | 01309-993458_2 | 4/1/2023 | $5,728.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113330 | $63,398.06 | 4/28/2023 | 01309-993458_1 | 4/1/2023 | $5,728.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113330 | $63,398.06 | 4/28/2023 | 01309-993457_2 | 4/1/2023 | $25,970.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113330 | $63,398.06 | 4/28/2023 | 01309-993457_1 | 4/1/2023 | $25,970.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114988 | $65,125.39 | 8/8/2023 | 01309-993458_4 | 4/1/2023 | $5,728.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114988 | $65,125.39 | 8/8/2023 | 01309-993458_3 | 4/1/2023 | $5,728.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114988 | $65,125.39 | 8/8/2023 | 01309-993457_4 | 4/1/2023 | $25,970.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114988 | $65,125.39 | 8/8/2023 | 01309-993457_3 | 4/1/2023 | $25,970.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114988 | $65,125.39 | 8/8/2023 | 01309-989676 | 4/1/2023 | $1,727.33 |
| **2 Post Petition transfer(s), $128,523.45** | | | | | | | |

**Totals: 5 transfer(s), $192,306.51**